IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRYAN LOMBARDOZZI, individually and on behalf of all other similarly situated persons, <br><br> Plaintiff, <br><br> vs. <br><br> ALLSCRIPTS HEALTHCARE, LLC, <br><br> Defendant. | Case No. 5:13-cv-00715-BO |

## <u>DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF COMPLAINT</u>

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant, by and through its undersigned counsel, hereby moves for an order dismissing Plaintiff's complaint, in part and with prejudice. Plaintiff claims that Defendant misclassified its "Database Administrators" and "Senior Database Administrators" as exempt and failed to pay them overtime compensation in violation of the Fair Labor Standards Act and North Carolina Wage and Hour Act (NCWHA). The NCWHA claim fails as a matter of law because the overtime requirement of the statute does not apply to Defendant pursuant to North Carolina General Statutes section 95-25.14(a).

WHEREFORE, for the reasons set forth in Defendant's memorandum in support of this motion, incorporated herein by reference, Defendant respectfully requests that the Court grant its motion and dismiss the NCWHA claim with prejudice.

1

Dated: November 15, 2013

*/s/ W. Swain Wood*
W. Swain Wood
(NC Bar No. 32037)
swood@woodjackson.com
John T. Kivus
(NC Bar No. 42977)
jkivus@woodjackson.com
**WOOD JACKSON PLLC**
1330 St. Mary's Street, Suite 460
Raleigh, NC  27605
(919) 829-7394
(919) 829-7396 (fax)

Stephanie S. Kelly, skelly@littler.com
IL Bar No. 6275880
Michael J. Lehet, mlehet@littler.com
AZ Bar No. 24724; IL Bar. No. 6307620
**LITTLER MENDELSON**
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

Attorneys for Defendant

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 15, 2013, I electronically filed the foregoing

**DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF COMPLAINT** with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

following:

Robert O. Crawford, III
bcrawford@crawfordlaw.biz
CRAWFORD & CRAWFORD, LLP
6500 Creedmoor Road, Suite 104
Raleigh, NC 27613
Telephone: 919.510.8140
Facsimile: 919.785.4152

Jesse C. Rose
jrose@tpglaws.com
PHILLIPS & ASSOCIATES, PLLC
45 Broadway, Suite 620
New York, NY 10006
Telephone: 212.248.7431
Facsimile: 917.831.4595

Attorneys for Plaintiff

*/s/ W. Swain Wood*
W. Swain Wood
(NC Bar No. 32037)
swood@woodjackson.com
John T. Kivus
(NC Bar No. 42977)
jkivus@woodjackson.com

3

**WOOD JACKSON PLLC**
1330 St. Mary's Street, Suite 460
Raleigh, NC 27605
(919) 829-7394
(919) 829-7396 (fax)

Stephanie S. Kelly, skelly@littler.com
IL Bar No. 6275880
Michael J. Lehet, mlehet@littler.com
AZ Bar No. 24724; IL Bar No. 6307620
**LITTLER MENDELSON**
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone: 312.372.5530
Facsimile: 312.372.7880

Attorneys for Defendant

Firmwide: 124093704.1 079231.1001

4