UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRYAN LOMBARDOZZI, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSCRIPTS HEALTHCARE, LLC,<br><br>Defendant. | Case No. 5:13-cv-00715-BO |

## ORDER GRANTING CONSENT MOTION TO FILE AND RETAIN UNDER SEAL PORTIONS OF PARTIES' JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Defendant, with the consent of Plaintiff, has moved for leave to file and retain under seal portions of the Parties' Joint Motion for Court Approval of Settlement Agreement and Dismissal of Action With Prejudice ("Joint Motion"). For good cause appearing, the Court GRANTS the motion, finding:

1. Defendant seeks to file and retain under seal certain portions of the Joint Motion, specifically Exhibit 1 (Confidential Settlement Agreement and General Release ("Agreement")) and pages five and ten of the supporting Memorandum, which identify terms of the Agreement.

2. Plaintiff consents to Defendant's request.

3. Defendant seeks to make the filing under seal due to the Parties' agreement to maintain the terms and conditions of the Agreement in confidence, the critical role ascribed to the confidentiality in connection with the Parties' resolution, the individual and private nature of this particular settlement, and the fact that the settlement terms and conditions have not otherwise been disclosed to the public.

4. These reasons are sufficient to overcome the common law presumption to access and justify sealing such limited materials.

5. Defendant has limited the proposed sealing to those portions of the filing constituting and otherwise articulating the terms of the Agreement.

6. Given the circumstances set forth above, alternatives to sealing are not adequate.

Accordingly, the Court permits Defendant leave to file the Joint Motion under seal in accordance with this Order, the Local Civil Rules, and the CM/ECF Policy Manual.

Date: 9-23-14

Terrence Boyle
United States District Court

2